IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL**<br>**INSURANCE COMPANY** | | **PLAINTIFF** |
| v. | No. 3:15-cv-41-DPM | |
| **AUSTIN AQUINO;**<br>**AL AQUINO; and**<br>**SUE GARRISON** | | **DEFENDANTS** |

### ORDER

I recuse because William Jennings Stanley, defendant Al Aquino's lawyer, is on my recusal list. The Clerk shall reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2015