IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NATIONWIDE MUTUAL**                                                          **PLAINTIFF**
**INSURANCE COMPANY**

**v.**                             **CASE NO. 3:15CV00041 BSM**

**AUSTIN AQUINO et al.**                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed for lack of jurisdiction.

IT IS SO ORDERED this 4th day of August 2016.

_____
UNITED STATES DISTRICT JDUGE